STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT

LAKE COUNTY

ESTATE OF ABEL ROSILES                          CASE NO. 21P 417

LETTERS OF OFFICE
DECEDENT'S ESTATE

ON APRIL 30, 2021 AUTHORIZATION WAS GIVEN TO

FABIOLA ROSILES, APPOINTED INDEPENDENT ADMINISTRATOR

OF THE ESTATE OF ABEL ROSILES JR

DECEASED, WHO DIED JUNE 18, 2020

TO TAKE POSSESSION OF AND COLLECT THE ESTATE OF THE DECEDENT, AND DO ALL ACTS

REQUIRED BY LAW.

_____
ERIN CARTWRIGHT WEINSTEIN
CLERK OF THE CIRCUIT COURT

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE LETTERS OF
OFFICE NOW IN FORCE IN THIS ESTATE.

_____
ERIN CARTWRIGHT WEINSTEIN
CLERK OF THE CIRCUIT COURT

_____
BY DEPUTY CLERK: TAMARA L

DATED: APRIL 30, 2021

EXHIBIT A

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

ESTATE OF

Abel Rosiles, Jr.
_____
Deceased

Gen No. 2021-P-000417

FILED
APR 30 2021
Erin C... Weinstein
CIRCUIT CLERK

### ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE

On the verified petition for issuance of letters of office and:

☐ the petition for admission to probate of the will of the decedent;

☒ no petition having been filed for admission to probate of the will of the decedent;

1. IT IS ORDERED THAT:

    ☐ The will of _____ dated _____, _____,
    (name of decedent)
    (and codicil dated _____, _____) be admitted to probate.

    ☒ No will is admitted to probate.

2. Administration of the estate shall be;

    ☒ Independent. The representative in independent administration shall file annual reports; the first of which is due on or before 60 days after the expiration of the one year anniversary of this Order and annually thereafter.

    ☐ Supervised. The representative in supervised administration shall file an inventory within 60 days; and shall file annual reports and accounts, the first of which is due on or before 60 days after the expiration of the one year anniversary of this Order and annually thereafter.

3. Letters of office shall issue to ___Fabiola Rosiles___ as:
    (insert name)

    ☐ Executor(s).
    ☒ Administrator(s).
    ☐ Administrator(s) With Will Annexed.

ENTER:

_____
JUDGE

Dated this _____ day of _____, 20____.

Prepared by:
Name: Toni J. Falligant          Pro Se ☐
Address: 70 W. Madison St., Ste. 1500
City: Chicago                    State: IL
Phone: 312-263-2300              Zip Code: 60602
ARDC #: 6335851
E-mail address: tjfalligant@gct.law

171P-13 (Rev. 12/17)