IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIOLA ROSILES, as Independent Administrator for the Estate of ABEL ROSILES, JR., deceased<br><br>        Plaintiff,<br><br>vs.<br><br>VILLAGE OF ROUND LAKE BEACH, J. SCHEITHE, J. BERTHOLOMEY, T. CRAMER, AND H. ATWELL,<br><br>        Defendants. | Case No. 21-cv-3236<br><br>Judge Marvin Aspen<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

NOW COMES Plaintiff, FABIOLA ROSILES, as Independent Administrator for the Estate of ABEL ROSILES, JR., deceased, by Hale & Monico LLC, and Defendants, VILLAGE OF ROUND LAKE BEACH, J. SCHEITHE, J. BERTHOLOMEY, T. CRAMER, AND H. ATWELL, (collectively "Defendants") by INSERT, and in accordance with the Court's September 16, 2021 [Dkt. 19] order, hereby submit their Joint Status Report:

1. **Attorneys of Record**

    <u>Plaintiff</u>
    Brian T. Monico – NDIL Trial Bar, expected to try the case.
    Hale & Monico
    53 W. Jackson Blvd. Ste. 337
    Chicago IL 60604
    312-870-6901


    <u>Defendants</u>

    Charles E. Hervas – NDIL Trial Bar, expected to try the case
    G. David Mathues – NDIL Trial Bar, expected to try the
    Hervas, Condon, & Bersani, P.C.
    333 Pierce Road Suite 195

1

    Itasca IL 60143
    630-860-4340

2. **The Basis for Federal Jurisdiction**

    This action is brought pursuant to 42 U.S.C. §1983 and this Court has federal question jurisdiction of this action pursuant to 28 U.S.C. §§1331 and 1343, and supplemental jurisdiction pursuant to 1367. Jurisdiction is not disputed.

3. **The Nature of the Claims Asserted in the Complaint and Any Expected Counterclaims**

    There are five (5) Counts in the Complaint

    Count I – Illinois Wrongful Death Act – Willful and Wanton (All Defendants)

    Count II – Illinois Survival Act – Willful and Wanton (All Defendants)

    Count III – Battery (All Defendants)

    Count IV – Intentional Infliction of Emotional Distress (All Defendants)

    Count V - 42 U.S.C. §1983 (All Defendants)

4. **Service of Parties**

    All Defendants have waived service of process, and Defendants filed their Answer on September 10, 2021

5. **The Principal Legal Issues**

    Whether or not the officers used unreasonable force and wrongfully caused his death and injuries leading up to his death.

6. **The Principal Factual Issues**

    Whether the officers used were responsible for injuring Abel Rosiles, Jr. while in custody and causing his death.

7. **Jury Trial Expected**

    Plaintiff Expects a Jury Trial

8. **Short Description of Any Discovery Undertaken to Date or Anticipated in the Future**

   None. The parties expect written discovery will need to take place, along with oral discovery of family members, defendants, persons on scene of the death of Abel Rosiles, Jr., medical personnel and experts.

9. **Agreed Discovery Proposal Dates**

   a) The parties will need to conduct approximately 20 –25 depositions. These include parties, eyewitnesses, family members, and responding medical professionals.

   b) Rule 26(a)(1) initial disclosures to be completed by November 5, 2021.
   Fact Discovery Completion Date – July 15, 2022.

   c) <u>Expert Discovery</u>
   Plaintiff Expert Disclosure: August 19, 2022
   Plaintiff Experts Deposed: September 19, 2022

   Defense Expert Disclosures: October 21, 2022
   Defense Experts Deposed: November 21, 2022

   d) Dispositive Motions (if any) due January 6, 2023

10. **Date Ready for Trial and Length of Trial**

    The Parties will be ready for trial in early 2023 if dispositive motions are not filed, or at a reasonable time after the Court has ruled on any such motion. The parties estimate that trial will take about 10 days of testimony.

11. **Consent Before Magistrate Judge Gabriel Fuentes**

    One side consents to proceeding before Magistrate Judge Gabriel Fuentes The other side needs to consult with their client on this matter.

12. **Status of Any Settlement Discussions and Request for Settlement Conference**

    There have been no settlement discussions. Plaintiff is willing to participate in a settlement conference. Defendants believe a settlement conference is premature at this time, but may be open to a settlement conference at an appropriate time, such as near the conclusion of fact discovery.

                                                 Respectfully submitted,

4

| | |
|---|---|
| Attorney for Plaintiff<br><br>By: */s/ Brian T. Monico*<br>Brian T. Monico<br>HALE & MONICO, LLC<br>53 W. Jackson Blvd. Suite 330<br>Chicago, IL 60604<br>(312) 341-9646<br>BTM@HaleMonico.com<br>Attorney No. 6283562 | Attorney for Defendants<br><br>By: **/s/ G. David Mathues** CHARLES E. HERVAS, # 06185117<br>G. DAVID MATHUES, # 06293314<br>*Attorney for Defendants*<br>HERVAS, CONDON & BERSANI, P.C.<br>333 Pierce Road, Suite 195<br>Itasca, IL 60143-3156<br>P: 630-773-4774 F: 630-773-4851<br>chervas@hcbattorneys.com<br>dmathues@hcbattorneys.com |