IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIOLA ROSILES, as Independent Administrator for the Estate of ABEL ROSILES, JR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLAGE OF ROUND LAKE BEACH, J. SCHEITHE, J. BERTHOLOMEY, T. CRAMER, and H. ATWELL,<br><br>Defendants. | Case No. 21-cv-3236<br><br>Honorable Marvin E. Aspen |

## CERTIFICATE OF SERVICE

**Charles E. Hervas**
**David Mathues**
**CONDON & BERSANI, P.C.**
**333 Pierce Road, Suite 95**
**Itasca, IL 60143**
**630-773-4774**
**chervas@hcbattorneys.com**
**dmathues@hcbattorneys.com**
Victoria Giordano vgiordano@hcbattorneys.com

I, the undersigned attorney, certify that I served the foregoing document, Plaintiff's Rule 26(a) Initial Disclosures, to the above via the Court's CM/ECF filing system and via e-mail on November 12, 2021.

                                                                                   s/ Brian T. Monico
                                                                                   Brian T. Monico Atty. No. 6312312
                                                                                   One of the Attorneys for Plaintiff

Hale & Monico, LLC
53 West Jackson, Suite 337
Chicago, IL 60604
312-870-6901