**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FABIOLA ROSILES, as Independent Administrator For the Estate of ABEL ROSILES, JR., deceased, ) ) ) | |
| Plaintiff, ) | Case No. 21-cv-3236 |
| ) | |
| vs. ) | |
| ) | Judge Lindsay C. Jenkins |
| VILLAGE OF ROUND LAKE BEACH, ) | |
| J. SCHEITHE, J. BERTHOLOMEY, T. CRAMER, and ) | Magistrate Judge Gabriel A. Fuentes |
| H. ATWELL, ) | |
| ) | |
| Defendants. ) | |

## **EXHIBIT INDEX**

| | |
|---|---|
| Exhibit A | Deposition of Witness, Thorntons Clerk Antwan Stanley |
| Exhibit B | Deposition of Witness Shelby Brubaker |
| Exhibit C | Thorntons Surveillance Video – FRONT DOOR MAIN |
| Exhibit D | Thorntons Surveillance Video – COFFEE |
| Exhibit E | Deposition of Defendant Officer John Bertholomey |
| Exhibit F | Thorntons Surveillance Video – PUMPS 2 |
| Exhibit G | Deposition of Defendant Officer Timothy Cramer |
| Exhibit H | Deposition of Defendant Officer Heath Atwell |
| Exhibit I | Defendant Officer Timothy Cramer Squad Video 3 (ROUNDLAKE 3659) |
| Exhibit J | Deposition of Defendant Officer Jeremiah Scheithe |
| Exhibit K | Defendant Officer Jeremiah Scheithe Squad Video 3 (ROUNDLAKE 3662) |
| Exhibit L | Cell Phone Video of Incident taken by Decedent's girlfriend, Sinahy Gomez-Reyes |
| Exhibit M | Village of Round Lake Heights Officer Terry Kaminski Bodycam Video (Pl.'s 182) |
| Exhibit N | Deposition of Decedent's girlfriend, Sinahy Gomez-Reyes |
| Exhibit O | Report of Defendants' Expert Dr. Scott Denton |

2

| | |
|---|---|
| Exhibit P | Deposition of Plaintiff's Expert Dr. Michael Baden |
| Exhibit Q | Affidavit of Village of Round Lake Heights Officer Terry Kaminski |
| Exhibit R | Deposition of Greater Round Lake FPD Firefighter Todd Lucassen |
| Exhibit S | Deposition of Greater Round Lake FPD Battalion Chief Tony Carraro |
| Exhibit T | Deposition of Dr. Mark Witeck (Pathologist) |