# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FABIOLA ROSILES, as Independent Administrator For the Estate of ABEL ROSILES, JR., deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) VILLAGE OF ROUND LAKE BEACH, ) J. SCHEITHE, J. BERTHOLOMEY, T. CRAMER, and ) H. ATWELL, ) ) Defendants. ) | Case No. 21-cv-3236  Hon. Lindsay Jenkins  Magistrate Judge Fuentes |

## CERTIFICATE OF SERVICE

I hereby certify that on **May 15, 2023**, I electronically filed the foregoing ***Digital Exhibits C, D, F, I, K, L, and M to Defendants' LR 56.1 Statement of Facts in support of Their Motion for Summary Judgment*** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**TO:** Brian Tevington Monico
Jason Marx
Hale & Monico
53 W. Jackson, #337
Chicago, IL 60604
btm@halemonico.com
jmarx@halemonico.com

/s/ G. David Mathues
CHARLES E. HERVAS, ARDC No. 06185117
G. DAVID MATHUES, ARDC No. 6293314
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156   630-773-4774
chervas@hcbattorneys.com
dmathues@hcbattorneys.com